**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES : | |
| : | Criminal No. 05-246(3) (RMC) |
| *v.* : | |
| : | |
| PELES FRANCISCO : | |

_____

**DEFENDANT'S NOTICE OF FILING**

Defendant Peles Francisco ("Francisco"), by and through undersigned counsel, respectfully requests that the attached Defendant's Request for Discovery be made part of the record in this case:

Dated: Washington, DC
      September 26, 2005            Respectfully submitted,

                                    **LAW OFFICE OF A. EDUARDO BALAREZO**


                           By:  _____
                                A. Eduardo Balarezo (Bar # 462659)
                                400 Fifth Street, NW
                                Suite 300
                                Washington, DC  20001

                                *Attorney for Defendant Peles Francisco*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 26th day of September 2005, I caused a true and correct copy of the foregoing Defendant's Notice of Filing and Attached Request for Discovery to be delivered via Electronic Case Filing to the parties in this matter.

_____
A. Eduardo Balarezo