**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES : | |
| : | Case No. 04-246(3) (RMC) |
| *v*.  : | |
| : | |
| PELES FRANCISCO : | |

_____

**ORDER**

Upon consideration of Defendant Francisco's Motion for Leave to Join Defendant Mora-Gil's Motion to Dismiss Indictment, and any opposition thereto and the entire record of this proceeding, it is this ____ day of _____ 2005, hereby

**ORDERED**, that Defendant's Motion is **GRANTED**; and it further

**ORDERED**, that the Superseding Indictment returned on September 22, 2005, is hereby **DISMISSED WITH PREJUDICE**.

_____
**ROSEMARY M. COLLYER**
**UNITED STATES DISTRICT JUDGE**