UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES | : | |
| | : | Case No. 04-246(3) (RMC) |
| *v*. | : | |
| | : | |
| PELES FRANCISCO | : | |

_____

**DEFENDANT FRANCISCO'S MOTION FOR LEAVE
TO JOIN DEFENDANT CONTRERAS MACEDAS MOTION
TO DISMISS COUNT 2 OF INDICTMENT [15] FOR LACK OF EVIDENCE**

Defendant Peles Francisco ("Francisco"), by and through undersigned counsel, respectfully moves the Honorable Court for leave to join[1] Defendant Jose Contreras Macedas' Motion to Dismiss Count 2 of the Indictment for Lack of Evidence (Document # 15 and related document # 50) and that asserts grounds for relief that Mr. Francisco has standing to raise and are not inconsistent with relief he seeks in his own motion.  Mr. Francisco maintains that the defendants are similarly situated, have the same arguments to raise with respect to the issues in Defendants Contreras Macedas' motion and that the Court's granting this Motion will conserve judicial resources by limiting defense counsel's filing duplicative motions.

**WHEREFORE**, for all of the foregoing reasons and any others that may become apparent to the Court, Defendant Francisco respectfully requests that this Motion be **GRANTED**.

---

[1] At the status hearing on December 16, the Court orally directed the parties who wished to join Defendant Contreras Macedas' motion to do so and scheduled a motions hearing for February 13, 2005.  It was unclear to counsel whether the Court recognized Mr. Francisco's desire to join this motion.  Mr. Francisco is filing this motion to clarify the record and to inform the Court that he wishes to join the motion to dismiss count 2.

Dated: Washington, DC
      December 27, 2005                          Respectfully submitted,

                                            **LAW OFFICE OF A. EDUARDO BALAREZO**

                          By: _____
                                   A. Eduardo Balarezo, Esq. (Bar # 462659)
                                   400 Fifth Street, NW
                                   Suite 300
                                   Washington, DC  20001

                                   *Counsel for Defendant Peles Francisco*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 27th day of December 2005, I caused a true and correct copy of the foregoing Defendant Francisco's Motion for Leave to Join Defendant Contreras Macedas' Motion to Dismiss Count 2 of the Indictment for Lack of Evidence to be delivered to the parties in this case via Electronic Case Filing.

_____
A. Eduardo Balarezo