## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES | : |
| | : Case No. 04-246(3) (RMC) |
| *v*. | : |
| | : |
| PELES FRANCISCO | : |

___

## ORDER

Upon consideration of Defendant Francisco's Motion for Leave to Join Defendant Contreras Macedas' Motion to Dismiss Count 2 of the Indictment for Lack of Evidence, and any opposition thereto and the entire record of this proceeding, it is this \_\_\_\_ day of _____ 2005, hereby

**ORDERED**, that Defendant's Motion is **GRANTED**; and it further

**ORDERED**, that Count 2 of the Superseding Indictment returned on September 22, 2005, is hereby **DISMISSED WITH PREJUDICE**.

_____
**ROSEMARY M. COLLYER**
**UNITED STATES DISTRICT JUDGE**