UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,        )<br>                                                          )<br>    v.                                                 )    Criminal Action No. 05-246 (RMC)<br>                                                          )<br>JOSE LUIS CONTRERAS-MACEDAS,  )<br>et. al.,                                             )<br>                                                          )<br>        Defendants.                            )<br>                                                          ) | |

## ORDER

For the reasons stated in the Memorandum Opinion separately and contemporaneously issued, it is hereby

**ORDERED** that Defendants' motions to dismiss the indictment are **DENIED**.

**SO ORDERED**.

Date: June 20, 2006                                         /s/
                                                                    ROSEMARY M. COLLYER
                                                                    United States District Judge