UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES** | : |
| | :    **Criminal No. Cr-05-246 (RMC)** |
| ***v.*** | : |
| | : |
| **PELES FRANCISCO** | : |

## DEFENDANT FRANCISCO'S CONSENT MOTION FOR ENLARGEMENT OF TIME TO FILE PRE-TRIAL MOTIONS

       Defendant Peles Francisco ("Francisco"), by and through undersigned counsel, and pursuant to Fed. R. Crim. P. 45(b), hereby respectfully moves the Court for an enlargement of time to file pre-trial motions. As grounds for this motion, Mr. Francisco states as follows:

       1.       The Court previously set a deadline of August 18, 2006, for pre-trial motions.

       2.       As the Court is aware, various motions to dismiss required lengthy litigation. Additionally, up until August 13, 2006, the parties were engaged in active plea negotiations. On that date, the government revoked its plea offer. Because the parties were very close to an agreement, and because he had other commitments, counsel did not prepare and file pre-trial motions by the deadline.

       3.       Counsel respectfully requests one additional week to file any pre-trial motions in this case. The hearing on the motions is scheduled for September 5, 2006.[1]

       4.       Counsel contacted AUSA Frederick Yette regarding this motion and the government does not oppose.

---

[1] Considering the Court's scheduling of the trial in <u>United States v. Aguilar</u>, the motions hearing may be changed to September 6.

**WHEREFORE**, for the foregoing reasons and others that may become apparent to the Court, Mr. Francisco respectfully requests that this motion be **GRANTED**.

Dated:  Washington, DC
       August 18, 2006                 Respectfully submitted,

**LAW OFFICE OF A. EDUARDO BALAREZO**

_____
A. Eduardo Balarezo (Bar No. 462659)
400 Fifth Street, N.W.
Suite 300
Washington, D.C. 20001
(202) 639-0999 (tel)
(202) 783-5407 (fax)

*Attorney for Peles Francisco*

3

**<u>CERTIFICATE OF SERVICE</u>**

I HEREBY CERTIFY that on this 18th day of June, I caused a true and correct copy of the foregoing Defendant Francisco's Consent Motion for Enlargement of Time to File Pre-Trial Motions to be delivered to the parties in this case via Electronic Case filing.

_____
A. Eduardo Balarezo