UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES** : | |
| : | **Criminal No. Cr-05-246 (RMC)** |
| *v.* : | |
| : | |
| **PELES FRANCISCO** : | |

## O R D E R

Upon consideration of Defendant Francisco's Consent Motion for Enlargement of Time to File Pre-Trial Motions, it is this _____ day of _____ 2006, hereby

**ORDERED**, that the Defendant's Motion shall be and hereby is **GRANTED**; and it is further

**ORDERED**, that Defendant have until _____ 2006, to file pre-trial motions.

_____
**ROSEMARY M. COLLYER**
**UNITED STATES DISTRICT JUDGE**