UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES** : | |
| : | **Criminal No. Cr-05-246 (RMC)** |
| *v.* : | |
| : | |
| **PELES FRANCISCO** : | |

## ORDER

Upon consideration of Defendant's Motion to Suppress Statements and Tangible Evidence and Incorporated Memorandum of Points and Authorities in Support Thereof, the government's response, and the record of the evidentiary hearing in this matter, it is this ____ day of _____, 2006, hereby

**ORDERED,** that this Motion is **GRANTED**; and it is further

**ORDERED,** that the government shall be barred from introducing as evidence in this case Defendant Francisco's custodial statements; and it is further

**ORDERED**, that the government shall be barred from introducing as evidence in this case any tangible evidence seized from 754 Harvard Street, NW on August 2, 2005.

_____
**ROSEMARY M. COLLYER**
**UNITED STATES DISTRICT JUDGE**