UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

v.

Peles Francisco

Criminal No. 05-246-03



FILED

SEP 2 6 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## WAIVER OF TRIAL BY JURY

With the consent of the United States Attorney and the approval of the Court, the defendant waives his/her right to trial by jury.

Francisco Peles
Defendant

Counsel for Defendant

I consent:

Assistant United States Attorney

APPROVED:

ROSEMARY M. COLLYER
United States District Judge

Dated: 26 Sept 2006