IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | CRIMINAL NO.: 05-246-03 (RMC) |
| | : | |
| v. | : | |
| | : | |
| **PELES FRANCISCO,** | : | VIOLATION: |
| aka Aldabaran Rodriguez Guzman, | : | |
| | : | 18 U.S.C. § 1028A(a)(1) |
| Defendant. | : | (Aggravated Identity Theft) |
| | : | |
| | : | 18 U.S.C. § 922(g)(5)(A) |
| | : | (Possession of a Firearm by an Illegal Alien) |
| | : | |

**FILED**

SEP 2 6 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**FACTUAL PROFFER
IN SUPPORT OF GUILTY PLEA**

The United States, by and through its attorney, the United States Attorney for the District of Columbia, respectfully submits this statement of facts which the United States would have presented if this matter had gone to trial. The facts presented below show, beyond a reasonable doubt, that between on or about February 1, 2005, through on or about August 2, 2005, defendant Peles Francisco, aka Aldabaran Rodriguez Guzman (hereinafter, "Francisco" or "defendant") committed the offense of Aggravated Identity Theft, in violation of 18 U.S.C. § 1028A(a)(1), and Possession of a Firearm by an Illegal Alien, in violation of 18 U.S.C. § 922(g)(5)(A).

The defendant is a Mexican national who entered the United States illegally. The defendant subsequently came to Washington, D.C., where he became a member of an organization that conspired together to manufacture, possess and sell false alien registration cards, employment authorization cards and social security cards (collectively, "identity documents") in the 1600 through 1800 blocks of Columbia Road, N.W. ("Columbia Road"). Real identity documents are prescribed

by statute or regulation for entry into or as evidence of authorized stay or employment in the United States.

As one member of the organized group of individuals who conspired together to manufacture, possess and sell illegal identity documents, the defendant knows that other members of the organization included, among others not named here, Jose Contreras-Macedas, who is also called "Dende," and "Luis;" David Mora-Gil, who is also called "Chucky;" Raymundo Lopez-Vargas, who is also called "Floy" or "Floyd;" Pedro Hernandez-Carlon, who is also called "Perico;" Remigio Gonzalez-Olvera, who is also called "Cachando;" and Oscar Aguilar-Gomez, who is also called "Manuel." In fact, Francisco's cellphone links him to some of the other document vendors. His cellphone contact list includes the cellphone numbers for "Floy," a nickname for Raymundo Lopez-Vargas, and for Remigio Gonzalez-Olvera.

On August 2, 2005, law enforcement agents went to the defendant's apartment at 754 Harvard Street, NW, Washington, D.C. The defendant had an outstanding bench warrant for failing to appear, in 2001, for a trial, in D.C. Superior Court. Francisco answered the door when the agents knocked and identified himself as Aldabaran Rodriguez-Guzman. During his encounter with the agents, the defendant admitted his true identity and that he was in the country illegally. Agents arrested the defendant on the bench warrant. Francisco also admitted to the agents that he had a gun in the apartment. The gun, a .38 caliber Taurus revolver, was recovered from the closet, wrapped in a pair of jeans.

In addition to the gun, Francisco had in his possession a suitcase that contained more than 100 blank fraudulent resident alien cards and social security cards. He also had document-making implements such as blank laminates, a laminating machine, and typewriter. In his wallet, agents found two sets of completed false documents. One set, included a resident alien card with an alien registration number that is assigned to a real person other than the person named on the card, and a social security card that used an invalid number that is not assigned to anyone. The other set of fake documents included a resident alien card with an alien registration number that is assigned to a real person other than the person named on the card, and a social security number that also is assigned to a real person other than the person named on the card.

Accordingly, the defendant was in possession two alien registration cards and one social security card that were the means of identification of a real person, without the lawful authority to possess that information. His possession of the fraudulent identity documents occurred during and in relation to another fraud offense, that is, Possession of Fraudulent Documents Prescribed for Authorized Stay or Employment in the United States, in violation of Title 18, United States Code, Section 1546(a).

The defendant also knew that the illegal identity documents he sold were made in a document mill that produced hundreds of illegal identity documents which he and the other members of the conspiracy sold on Columbia Road. Thus, during the period of the conspiracy, the defendant conspired to possess and sell more than 100 illegal identity documents. In fact, on August 2, 2005, law enforcement agents recovered 83 fake identity documents from 526 Tuckerman St., NW,

Washington, D.C., the location of the document mill for the organization. In addition, on August 2, 2005, law enforcement agents recovered more than 100 illegal identity documents that were being stored for use by the organization at his apartment in 754 Harvard St., NW, Washington, D.C.

Respectfully submitted,

KENNETH L. WAINSTEIN
United States Attorney
Bar No. #451058

By: _____
FREDERICK W. YETTE
Assistant United States Attorney
D.C. Bar No. #385391
Federal Major Crimes Section
555 4th Street, N.W., 4th Floor
Washington, D.C. 20530
(202) 353-1666
Frederick.Yette@usdoj.gov

### Defendant's Acceptance of Factual Proffer

I have read this Factual Proffer in Support of Guilty Plea and carefully reviewed every part of it with my attorney. I am fully satisfied with the legal services provided by my attorney in connection with this Factual Proffer and all matters relating to it. I fully understand this Factual Proffer and voluntarily agree to it. No threats have been made to me, nor am I under the influence of anything that could impede my ability to understand this Factual Proffer fully. No agreements, promises, understandings, or representations have been made with, to, or for me other than those set forth above.

09-26-06                           Francisco Peles.
Date                               Peles Francisco, aka
                                   Aldabaran Rodriguez Guzman

## Defense Counsel's Acknowledgment

I am Peles Francisco's attorney. I have reviewed every part of this Factual Proffer in Support of Guilty Plea with him. It accurately and completely sets forth the Factual Proffer agreed to by the defendant and the Office of the United States Attorney for the District of Columbia.

_9/26/06_
Date

_[signature]_
A. Eduardo Balarezo, Esq.