# LA CLINICA DEL PUEBLO

2831 15th Street, NW • Washington, DC 20009-4607
T(202) 462-4788 • F(202) 667-3706 • www.lcdp.org

November 9, 2005

To Whom It May Concern:

This letter is to inform you that Francisco Peles is attending an educational treatment program for clients with alcohol and substance abuse at La Clinica del Pueblo.

As part of this program he is receiving anger management and family counseling. Mr. Peles came to his sessions on time and is progressing extremely well. The client reports he has been sober throughout his therapy and has a desire to stay and continue this new way of life.

If further information is needed regarding this client, please do not hesitate to give me a call.

Sincerely,

Isael Ramirez, MA, RAC, CMHC
Counselor, Mental Health & Substance
Abuse Department. L C D P.
2831 15th Street, N. W.
Washington, DC 20009-4607
Direct (202) 448-2839
Fax (202) 250-3290
Main (202) 462-4788 (245)
www.lcdp.org

Nuestra misión es prestar servicios gratuitos de salud con sensibilidad cultural en la comunidad latina.
Our mission is to provide free, culturally appropriate health services in the Latino community.

# CERTIFICATE OF ACHIEVEMENT

## Francisco Peles

CENTER FOR CORRECTIONAL HEALTH
AND
POLICY STUDIES

CENTRAL TREATMENT FACILITY
WASHINGTON, DC

HAS SUCCESSFULLY COMPLETED
THE
SUBSTANCE ABUSE AWARENESS PROGRAM



*March 2, 2006*
Date

*Nilfa Maria Guzman LPC*
*Latin American Services / Coordinator*

# CCA Education Programs

This is to certify that

*Francisco Peles*

has satisfactorily completed the course of study prescribed for graduation from this program and is therefore entitled to this certificate in

PHASE Life — Management Skills

Violence & Conflict

On this ___14th___ day of ___June 2006___

_____          _____
Education Director / Principal          Warden / Administrator

# PROGRESS REPORT/REPORTE DE PROGRESO

Teacher/Profesora: Ms./Sra. Velez   Class/Clase: ESL/GED   Date 3/31/06

Name/Nombre **Peles, Francisco**   DCDC # 306-118   Unit _____

Entry Day/Día de entrada _____   Exit Date/Día de Salida _____

**Present Status/Estatus Presente**
- ○ Outstanding/Sobresaliente
- ○ Excellent/Excelente
- ☑ Very Good/Muy bien
- ○ Average/average
- ○ Satisfactory/Satisfactorio
- ○ Poor/Pobre

**Attendance/Asistencia**
From/Desde 3/1/06   To/A 3/31/06
Present/Presente _____   Tardy/Tarde _____
Absent/Ausente
Excused Absent/Ausente con Excusa _____
Unexcused Absent/Ausente sin Excusa _____

**Behavior/Conducta**
- ☑ Excellent/Excelente
- ○ Good/Buena
- ○ Poor/Pobre

**Completions/Completado**
Course _____ Date _____

**Recommendations/Recomendaciones**
- ☑ Continue Good Work/Continue con el buen trabajo
- ○ Increase Preparation Study/Estudie y Preparese mas
- ○ Better Written Work/Mejore la Redaccion
- ○ Needs to increase speed and comprehension in reading/Necesita mejorar la velocidad y la comprension en lectura

**Comments/Comentarios**
Mr. Peles has improved in math, he is working with fractions. In social studies Mr. Peles is learning about U.S. Civil War.

**Signature/Firmas**

_Jeanette Quis-Duffin_ / _J. Velez_ / FRANCISCO PELES
Principal / Teacher / Student

# PROGRESS REPORT/REPORTE DE PROGRESO

Teacher/Profesora: Ms./Sra. Velez    Class/Clase: ESL/GED    Date 1/31/06

Name/Nombre Peles, Francisco    DCDC # 306-118    Unit E1A

Entry Day/Dia de entrada 1/3/06    Exit Date/Dia de Salida _____

**Present Status/Estatus Presente**
- ◊ Outstanding/Sobresaliente
- ◊ Excellent/Excelente
- ◊ Very Good/Muy bien
- ✓ Average/average
- ◊ Satisfactory/Satisfactorio
- ◊ Poor/Pobre

**Attendance/Asistencia**
From/Desde 1/1/06    To/A 1/31/06
Present/Presente 5    Tardy/Tarde ____
Absent/Ausente ____
Excused Absent/Ausente con Excusa 5
Unexcused Absent/Ausente sin Excusa ____

**Behavior/Conducta**
- ✓ Excellent/Excelente
- ◊ Good/Buena
- ◊ Poor/Pobre

**Completions/Completado**
Course _____    Date _____

**Recommendations/Recomendaciones**
- ✓ Continue Good Work/Continue con el buen trabajo
- ◊ Increase Preparation Study/Estudie y Preparese mas
- ◊ Better Written Work/Mejore la Redaccion
- ◊ Needs to increase speed and comprehension in reading/Necesita mejorar la velocidad y la comprension en lectura

**Comments/Comentarios**
Mr. Peles new student, can follow directions well. He is working with multiplication and division in math. In writing Mr. Peles is learning how to combine sentences using conjunctive adverbs.

Signature/Firmas

_Jeanette Davis-Boykins_ — Principal
_M.S. Velez_ — Teacher
FRANCISCO PELES — Student